**E-FILED**
Monday, 19 March, 2007  02:45:34 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

USA

                    Plaintiff

      v                                            Case No. 02-40027

Alan Stalcup

                    Defendant

## ORDER TO DESTROY EXHIBITS

The Clerk of the Court notified the parties in this case that exhibits would be destroyed unless they filed a motion and order for return of said exhibits by 3/16/07.

The parties failing to file a motion for return of exhibits, IT IS ORDERED that the Clerk of the Court may destroy Defendant's Exhibits 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 in the above entitled case.

3/19/07                                          S/Michael M. Mihm

\----------------------               -------------------------------------------------

Date                                         U.S. District Judge Michael M. Mihm