E-FILED
Thursday, 16 August, 2007  02:48:39 PM
Clerk, U.S. District Court, ILCD

PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS



FILED

AUG 1 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALAN JAMES STALCUP

Crim. No.   02- 40027-002

On _____ June 10, 2005 _____ the above named was placed on supervised release for a period of

__3__ years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

S/Doug  Heuermann
_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___15th___ day of ___August___, 20 07 .

S/Joe B. McDade
_____
United States District Judge